IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
MATTHEW ERIC MCKINNEY                    CASE NO. 3:14-bk-06876
LINDSEY FRAZIER MCKINNEY                 CHAPTER 13
1024 GLENNIE LEE DR                      JUDGE LUNDIN
GREENBRIER, TN 37073
Debtors
    SSN (1) : xxx-xx-3192
    SSN (2) : xxx-xx-9738

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes Mark R. Podis and would ask the Court to allow him to withdraw as attorney of record for the following reasons:

1. Debtors are divorcing.
2. There is a conflict of interest between the parties.
3. For the above reason, counsel asks the Court to allow him to withdraw as counsel of record.

**WHEREFORE,** Counsel respectfully prays that an Order be entered allowing the withdrawal of Counsel as the attorney of record for Debtors in the above-referenced case.

Respectfully Submitted,

/S/MARK PODIS
Mark R. Podis (BPR #012216)
Attorney for Debtors
1161 Murfreesboro Road Suite 300
Nashville, TN 37217
Phone (615) 399-3800
Fax (615) 399-9794
Email – PodisBankruptcy@aol.com

CERTIFICATE OF SERVICE

        I hereby certify that a true and exact copy of the foregoing has been delivered to the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203, to the debtors, **Matthew McKinney and Lindsey Frazier-McKinney,** 1024 Glennie Lee Drive, Greenbrier, TN 37073, to the U.S. Trustee, 701 Broadway, 3rd Floor, Nashville, TN 37203, and mailed to all parties in interest via CM/ECF @ http://ecf.tnmb.uscourts.gov, on this the 14th day of April, 2016.

                                      /S/MARK PODIS
                                       Mark Podis

**A TOTAL OF 28 COPIES HAVE BEEN SENT TO CREDITORS ACCORDING TO ATTACHED MATRIX.**